January 27, 2009

Mr. David A. Wright
Davis & Wilkerson, P.C.
Attorneys at Law
P. O. Box 2283
Austin, TX 78768
Mr. John Steven Mostyn
The Mostyn Law Firm
200 Westcott
Houston, TX 77007

RE: Case Number: 08-0914
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE TEXAS WINDSTORM INSURANCE ASSOCIATION HURRICANES RITA
 AND HUMBERTO LITIGATION

Dear Counsel:

 Today the Multidistrict Litigation Panel delivered the enclosed
opinion in the above-referenced case.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Multidistrict Litigation Panel |
| |(via email) |